## JOHNSON agt CURTIS

Francis Johnson plaint. agt Joseph Curtis Deft The plaint. was nonSuted in failure of process

## ALLEN agt. EMMONS

Bozoon Allen plaint. agt Obadiah Emmons of Boston Cordwinder Defendt in an action of the case for detaining in his hands and refuseing to give quiet and peaceable possession unto the sd Allen of a house & Land scituate and being in Boston neere the draw-bridge, wch hee is obliged to do by deed of Sale or mortgage under his hand & Seale bearing date the. 21. day of January 1675. the sd house and land being forfited unto him the sd Allen as wilbee made appeare by the sd deed with all due damages according to attachmt datd January .22d 1676. . . . [ 421 ] The Jury . . . found for the plaintife possession of the house & Land Sued for according to deed & costs of Court.

## STOUGHTON &a agt. GILBERT

William Stoughton Esqr & Wm Brinsmead or either of them, they being both Executors to the last will & Testamt of mrs Justin Patten Relict of mr Nathanael Patten late of Dorchester in New-England plaints agt John Gilbert of Boston Tanner Defendt in an action of the case for refuseing to give possession of a certain house & Land in Boston according to the tenor of a mortgage made by the sd Gilbert unto mr Nathanael Patten aforesd bearing date the .16th day of March .1670, the sd house & Land being part of the Estate Setled upon the sd mrs Justin Patten by the act & order of the Honord County Court of Suffolke: together with interest after the rate of eight per Cent. ever since the date of the sd mortgage to this time and all due damages according to attachmt dated January .25° 1676. . . . The Jury . . . found for the plaintifs possession of the house & Land Sued for according to deed & costs of Court allowed thirty one Shillings.

Execucion issued Febry 5° 1676.

## POPE agt BRADLY

William Pope plaint. agt Richard Bradley Defendt in an action of debt of Eleuen pound ten Shillings in mony due by booke with all other due damages according to attachmt datd January. 10th 1676.